950

DECEMBER 13, 1965.

No. 569. BACHE ET AL. *v.* ENGELMOHR. Sup. Ct. Wash. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Lucien F. Marion* for petitioners. *Edward J. Ennis* and *Jerome Shulkin* for respondent.

No. 26, Original. LOUISIANA *v.* KATZENBACH, ATTORNEY GENERAL. Motions for extension of time for argument in No. 22, Original, *South Carolina* v. *Katzenbach, Attorney General,* and for leave to file a bill of complaint are denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, *Harry J. Kron, Jr.,* Assistant Attorney General, and *Sidney W. Provensal, Jr.,* on the motion. *Solicitor General Marshall* for defendant in opposition.

No. 5, Misc. EDMONSON *v.* NASH, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Norman H. Anderson,* Attorney General of Missouri, and *William A. Peterson* and *Howard L. McFadden,* Assistant Attorneys General, for respondent.